Decided September 18, 1997

### LANDEL BROWN *v.* MARYLAND CASUALTY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 928 (AC 16198), is denied.

*Laurence V. Parnoff*, in support of the petition.

*James V. Somers*, in opposition.

Decided September 18, 1997